**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**

IN RE:

Tyler Hawkins                                                                                      CASE NO. 19-30478
Kim Hawkins

**DEBTORS**                                                                                      Chapter 13

### ORDER APPROVING ADDITIONAL DEBT

The Debtor(s) having filed a Motion to Incur Additional Debt For Purchase of Vehicle, and the Court being sufficiently advised, it is **ORDERED**

1. The Motion to Incur Additional Debt is **APPROVED.**

2. Such additional debt shall not be affected by any chapter 13 discharge entered in this case.

3. The chapter 13 trustee shall not be responsible for administering this additional debt.

A copy of this Order is mailed to the Debtors, Counsel for Debtors, the Trustee, and to all scheduled creditors and parties in interest.

Submitted by:

D. Casey Price
Counsel for Debtor
1717 Alliant Avenue, Suite 17
Louisville, KY 40299
Phone: (502) 339-0222
Fax: (502) 339-0046
casey@obryanlawoffics.com

_____
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Friday, January 7, 2022**
(tnw)